UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-60-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL SENTENCING |
| | ) | MEMORANDUM |
| | ) | |
| TIMOTHY TYRONE HORTON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal [DE-107] his sentencing memorandum. For GOOD CAUSE shown, Defendant's Motion to Seal [DE-107] is ALLOWED, and the Clerk of Court is DIRECTED to seal Defendant's sentencing memorandum.

SO ORDERED.

This, the 2nd day of December, 2010.

*[signature]*
JAMES C. FOX
Senior United States District Judge