IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00060-F-1
No. 5:13-CV-00100-F

| | |
|---|---|
| TIMOTHY TYRONE HORTON,<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | ORDER |

This matter is before the court on Objections [DE-165] to the Order and Memorandum and Recommendation [DE-164] of United States Magistrate Judge Kimberly A. Swank, regarding Timothy Tyrone Horton's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-153]. In his Objections, Horton requests an additional ninety (90) days to amend his § 2255 motion to include new claims of ineffective assistance of counsel. Objections [DE-165] at 2-5. The Government argues that these claims would be untimely and do not "relate back" under Federal Rule of Civil Procedure 15(c)(1). Response [DE-166] at 1-2. The court cannot make a determination on whether Horton's claims relate back to his timely-filed § 2255 motion until the claims are filed. Accordingly, Horton shall have ninety (90) days to file his motion to amend.

SO ORDERED.

This the 16th day of September, 2015.

James C. Fox
Senior United States District Judge