IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00060-F-1
No. 5:16-CV-00506-F

| | |
|---|---|
| TIMOTHY TYRONE HORTON,<br>             Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>             Respondent. | ORDER |

This matter is before the court on Timothy Tyrone Horton's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-180]. Having examined Horton's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)** days of the filing of this order.

Horton asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and he previously qualified for appointed counsel. Sherri R. Alspaugh with the Office of the Federal Public Defender has been appointed to represent Horton pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 28 day of June, 2016.

                                                        *James C. Fox*
                                                        JAMES C. FOX
                                                        SENIOR UNITED STATES DISTRICT JUDGE